



ORIGINAL

**FILED**

JAN 2 9 2007

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

**ENTERED**

JAN 3 0 2007

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
_____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CALIFORNIA LITFUNDING, a Nevada corporation,<br><br>      Reorganized Debtor. | Case No. LA 04-11622RN<br><br>Chapter 11<br><br>ADV No. 06-01865RN |
| LAUREN ASSOCIATES, VALERIE WESTHEIMER, DFOTM TRUST, and KEMPTEN INTERNATIONAL,<br><br>      Plaintiffs,<br><br>v.<br><br>MORTON C. REED, an individual, STANLEY WEINER, an individual, and DAVID COHEN, an individual,<br><br>      Defendants. | **ORDER DISMISSING THE ADVERSARY PROCEEDING AND DENYING MOTION FOR CONTEMPT SANCTIONS**<br><br><br><br>DATE:   October 31, 2006<br>TIME:   9:00 a.m.<br>PLACE:  Courtroom 1645 |

Defendants', Morton C. Reed, Stanley Weiner, and David Cohen (collectively hereinafter, the "Defendants") Motion to Dismiss Complaint for Fraud by Defendants and for Contempt Sanctions ("Motion") came on for a hearing before this Court on October 31, 2006 at 9:00 a.m. Pursuant to this Court's findings of fact and conclusions of law contained in this Court's Amended Memorandum of Decision Dismissing Adversary Proceeding and Denying Motion for Contempt

1   Sanctions,

2         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendants' motion

3   to dismiss the above-entitled complaint is granted but their request for sanctions based on contempt

4   is denied.

5

6   DATED: _1/29/07_

7                                            RICHARD M. NEITER
                                             United States Bankruptcy Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST LISTED BELOW:**

1.      You are hereby notified that a judgment or order entitled:

### ORDER DISMISSING THE ADVERSARY PROCEEDING AND
### DENYING MOTION FOR CONTEMPT SANCTIONS

was entered on JAN 3 0 2007

2.      I hereby certify that a copy of the order attached hereto was mailed to the following parties on JAN 3 0 2007

<u>Counsel for Plaintiffs:</u>
Dorothy Wolpert
Bird, Marella Boxer Wolpert Nessim Drooks & Lincenberg, PC
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

John A. Graham
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

<u>Counsel for Debtors and Defendants:</u>
Sean O'Keefe
Winthrop Couchot
Professional Corporation
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660

<u>United States Trustee</u>
United States Trustee
725 So. Figueroa, 26th Fl.
Los Angeles, CA 90017

JON D. CERETTO, Clerk
U.S. Bankruptcy Court

By:

Deputy Clerk